# In the United States Court of Federal Claims

No. 05-1119 L
Filed: April 28, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| | \* |
| ST. BERNARD PARISH GOVERNMENT | \* |
| AND OTHER OWNERS OF REAL | \* |
| PROPERTY IN ST. BERNARD PARISH | \* |
| OR THE LOWER NINTH WARD OF THE | \* |
| CITY OF NEW ORLEANS, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On April 22, 2015, the court entered an Order that scheduled a settlement conference to be held at the United States District Court for the Eastern District of Louisiana on Wednesday, May 6, 2015 at 1:00 p.m. CST, at a Chambers to be announced. The settlement conference will be held in the conference room of the Chambers of The Honorable Martin L.C. Feldman at the following address:

500 Poydras Street
Room C55
New Orleans, LA 70130

The parties will report to Room C55 and will be escorted to the conference room upon their arrival at the United States District Court.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**